IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:19MJ 449 |
| ) | |
| KEYSHAUN J. WILLIAMS, ) | |
| ) | Court Date: November 18, 2019 |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

Misdemeanor 7870234

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 2, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KEYSHAUN J. WILLIAMS, did unlawfully steal, purloin, or knowingly convert to his use or the use of another, property of the United States or any department or agency thereof, specifically: Three (3) bows and one (1) cubic zirconia ring, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand Dollars ($1,000).

(In violation of Title 18, United States Code, Section 641)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Email: andy.bruner-brown@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

Keyshaun J. Williams
3793 Port Hope Point
Triangle, Virginia 22173

By: *[signature]*
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov